DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IVAN ANDERSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2246

[October 30, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 50-2005-CF-012896-AXXX-MB.

Roseanne Eckert of The Eckert Law Firm, Orlando, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

*       *       *

***Not final until disposition of timely-filed motion for rehearing.***